

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: OCT 15 2024

**BY ECF**

The Honorable George Daniels
United States District Judge
United States Courthouse
New York, New York 10007

Re:   *United States v. Donald Robinson*, 02 Cr. 01608 (GBD)

Dear Judge Daniels:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060